FILED - CLERK
U.S. DISTRICT COURT

2005 OCT 19

United States Courts
Southern District of Texas
ENTERED

TX EASTERN - LUFKIN
SEP 2 9 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL G. WASHINGTON, (TDCJ-CID #351532) Plaintiff, | § § § § | 9:05cv204 |
| vs. | § | CIVIL ACTION H-05-3281 |
| TDCJ-ID AGENCY, *et al.*, | § § § | Judge Ron Clark Mag Judge Harry McKee |
| Defendants. | § | |

### MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Houston County and Walker County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Eastham Unit, where he is confined and which is located in Houston County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

O:\RAO\VDG\2005\05-3281.A01

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk

Plaintiff's motion to proceed *in forma pauperis,* (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on Sept. 28, 2005.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE